# IN THE FOURTH CIRCUIT COURT OF APPEALS

| UNITED STATES | : | |
| --- | --- | --- |
| | : | |
| v. | : | No. 24-4654 |
| | : | |
| YAW AYIM | : | |
| | : | |
| | : | |

## APPEARANCE OF COUNSEL

Undersigned counsel Charles Burnham hereby enters his appearance as counsel for Yaw Ayim.

Respectfully submitted,

By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com