# IN THE FOURTH CIRCUIT COURT OF APPEALS

| UNITED STATES | : | |
| | : | |
| v. | : | No. 24-4654 |
| | : | |
| YAW AYIM | : | |
| | : | |
| Defendant | : | |
| | : | |

**MOTION FOR EXTENSION**

Mr. Ayim hereby moves for an extension of 30 days to file his opening brief and appendix. Mr. Ayim's intention is to seek voluntary dismissal. Undersigned counsel needs additional to time to comply with the requirements of Local Rule 42 that a voluntary dismissal be accompanied by a statement from the party appellant or a statement from counsel "setting forth the basis for counsel's understanding that the appellant wishes to dismiss the appeal and the efforts made to obtain the appellant's written consent." Mr. Ayim remains incarcerated in the Bureau of Prisons so obtaining written consent will have to take place through the mail which could take several weeks. The government consents to this request.

Respectfully submitted,

By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com